IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

MONTREL DORSEY AND YASMA HAWKINS          CIVIL ACTION NO.

VERSUS

NILREM PENDRAGON, CANAL INSURANCE         JUDGE
COMPNAY AND JR'S FREIGHT SERVICES, INC.    MAGISTRATE JUDGE

<u>NOTICE OF REMOVAL</u>

Now, through undersigned counsel, comes defendant, Canal Insurance Company ("Canal"), who shows:

1.

On or about December 20, 2021, a civil action was commenced by Montrel Dorsey and Yasma Hawkins against defendants in the Fifth Judicial District Court for Richland Parish, Louisiana, Docket Number 48431, Division A, in a suit entitled "Montrel Dorsey and Yasma Hawkins v. Nilrem Pendragon, Canal Insurance Company and JR's Freight Services, Inc." (See Petition for Damages – Attached as Exhibit 1). Plaintiffs' filed a First Amending Petition (Attached as Exhibit 2) on February 2, 2022. The amended pleading asserts Yasma Hawkins is the marital spouse of Petitioner, Montrel Dorsey, and both plaintiffs are seeking damages for loss of consortium.

2.

Defendant, Canal Insurance Company, was served with the original Petition through the Secretary of State of the State of Louisiana and was served with the First Amending Petition through its attorney of record, Thomas M. Hayes, IV.  There has been no evidence of Long-Arm Service on the remaining defendants, Nilrem Pendragon and JR's Freight, LLC (improperly named as JR's Freight Services, Inc.).

3.

Plaintiffs' action is one over which this Court has original jurisdiction under the provisions of Title 28, United States Code, Sec. 1332, and one which may be removed to this Court, pursuant to the provisions of 28 U.S.C. 1441, in that it is a civil action between citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs.

4.

At all times pertinent hereto, the parties held the following citizenship:  Plaintiff, Montrel Dorsey, is a citizen of the State of Texas.  Plaintiff, Yasma Hawkins, is a citizen of the State of Texas.  Defendant, Nilrem Pendragon, is a citizen of the State of Georgia. Defendant, Canal Insurance Company, is a foreign insurance company with its principal place of business in South Carolina.  Defendant, JR's Freight, LLC, is a limited liability corporation, incorporated in the State of Arizona; its sole member, Frank Amaugou, is a citizen of the State of Arizona.

5.

Plaintiffs seek to recover from defendants general and special damages arising from an August 28, 2021 accident.  Plaintiff, Montrel Dorsey, alleges in his petition that he was injured as a result of an automobile accident occurring in Richland Parish, Louisiana.

6.

Plaintiff, Montrel Dorsey, alleges in his petition that he received injuries to his shoulder, back, neck, head and body as a whole.  Plaintiffs, Montrel Dorsey and Yasma Hawkins, allege in their First Amending Petition loss of consortium.  In plaintiffs' responses to Request for Admissions, they admitted that they each seek general damages

in excess of $75,000, exclusive of interest and costs.  (See Plaintiffs' Responses to Request for Admissions - Attached as Exhibit 3 and Exhibit 4).  Canal received plaintiffs' Responses to Request for Admissions on March 3, 2022.  This removal is filed within 30 days of receiving this information concerning the amount in controversy, and is therefore timely removed pursuant to 28 U.S.C. Art. 1446(b)(3)

7.

The Notice of Removal is being filed with the consent and approval of all defendants who have received the Citations, the original Petition for Damages and First Amending Petition filed by plaintiffs.

8.

Upon filing of this Notice of Removal, written notice thereof is being given to all parties, and a copy of this Notice is being filed with the Clerk of the aforesaid state court to effect the removal of the said civil action, all as provided for by law.

9.

Defendant, Canal Insurance Company, reserves all rights to object to the jurisdiction of the state court proceeding should this Court ultimately hold that this action was not removable or improperly removed thereto.

WHEREFORE, defendant, Canal Insurance Company, prays that the aforesaid civil action be removed from the Fifth Judicial District Court for the Parish of Richland, State of Louisiana, into this Court for trial and determination as provided by law, particularly U.S.C. Title 28, Section 1441, et seq, and thereupon to proceed with said civil action as though originally commenced in this Court and for all orders and decrees as may be necessary or appropriate.

Respectfully submitted,

HAYES, HARKEY, SMITH & CASCIO, L.L.P.
1500 NORTH 19TH STREET, SUITE 701
POST OFFICE DRAWER 8032
MONROE, LOUISIANA 71211-8032
Tel: (318) 387-2422
Fax: (318) 388-5809
E-Mail: tommy@hhsclaw.com

*s/ Thomas M. Hayes IV*
Thomas M. Hayes, IV, LA Bar Roll No. 28600
ATTORNEY FOR CANAL INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I, THOMAS M. HAYES, IV, do Hereby Certify that on the 18th day of March, 2022, a copy of the forgoing document was mailed/e-mailed/faxed or delivered to each of the following parties:

Mr. Brennan R. Manning
Manning Law Firm, APLC
320 Pine Street
Monroe, LA 71201
Via E-mail: brennan@bobbymanning.com

Mr. Bobby R. Manning
Manning Law Firm, APLC
320 Pine Street
Monroe, LA 71201
Via E-mail: bobby@bobbymanning.com

*s/ Thomas M. Hayes IV*
Thomas M. Hayes, IV, LA Bar Roll No. 28600
Hayes, Harkey, Smith & Cascio, L.L.P.
1500 North 19th Street, Suite 701
Monroe, Louisiana 71201
Phone: (318) 387-2422
Fax: (318) 388-5809
E-Mail: tommy@hhsclaw.com
ATTORNEY FOR CANAL INSURANCE
COMPANY