PARISH OF RICHLAND

FIFTH JUDICIAL DISTRICT COURT

STATE OF LOUISIANA

CIVIL: 48431   DIVISION: A

SERVED ON
R. KYLE ARDOIN
DEC 2 0 2021
SECRETARY OF STATE
COMMERCIAL DIVISION

MONTREL DORSEY AND YASMA HAWKINS

VERSUS

NILREM PENDRAGON, CANAL INSURANCE COMPANY AND JR'S FREIGHT SERVICES, INC.

FILED: November 16, 2021

S/ Janet Lockwood
DEPUTY CLERK

*****************************************************************

• PETITION FOR DAMAGES •

NOW INTO COURT, through undersigned counsel, come Plaintiffs, **MONTREL DORSEY AND YASMA HAWKINS,** who bring this cause of action against Defendants for the personal injuries, damages, and loss of consortium resulting from the Defendants' negligence and, in support of the Plaintiffs' claims, they respectfully state as follows:

Made Defendants in this matter are:

A. **NILREM PENDRAGON,** a person of the full age of majority and a resident of and domiciled in the County of Gwinnett, State of Georgia, who is made subject to the jurisdiction of this Court pursuant to the Louisiana Long Arm Statute and the Non-Resident Motorist Act.

B. **CANAL INSURANCE COMPANY,** a foreign corporation authorized to do and doing business in the State of Louisiana, whose agent for service of process is Secretary of State, State Archive Building, 8585 Archives Avenue, Baton Rouge, Louisiana 70809.

C. **JR'S FREIGHT LLC,** a foreign corporation domiciled in Stayton, Oregon and may be served with process at 555 Rogue Avenue, Stayton, Oregon 97383.

2.

On or about August 28, 2021, Plaintiff, **MONTREL DORSEY,** was involved in a car accident with the Defendant, **NILREM PENDRAGON.** Plaintiff, **MONTREL DORSEY,** was

**EXHIBIT 1**

driving the opposite direction of the Defendant, **NILREM PENDRAGON**, on Interstate 20 when the Defendant, **NILREM PENDRAGON**, without warning, suddenly and violently lost control of his vehicle and struck the vehicle operated by Plaintiff, **MONTREL DORSEY**. Plaintiff, **MONTREL DORSEY's**, vehicle traveled off the north side of Interstate 20, crossed a shallow ditch as it rotated in a clockwise manner, and rolled over, coming to rest in the upright position facing north. As a direct and proximate result of Defendant, **NILREM PENDRAGON's**, negligent, reckless, and wrongful conduct, a serious collision and impact occurred, and Plaintiffs sustained personal injuries and damages.

3.

At the above time and location, Plaintiff's vehicle was being operated in a safe and prudent manner.

4.

As a result of **NILREM PENDRAGON's** negligence, **NILREM PENDRAGON** struck **MONTREL DORSEY's** vehicle on the driver side.

5.

Plaintiffs allege that, in the event Defendant, **NILREM PENDRAGON,** was on business of an employer at the time of the subject accident, then the employer is hereby joined as a party Defendant and named as **JR'S FREIGHT SERVICES, INC**. At all times pertinent hereto, the truck driven by **NILREM PENDRAGON** was insured by Defendant, **CANAL INSURANCE COMPANY**. Plaintiffs further allege that said employer would be vicariously liable for the negligent conduct of the Defendant, **NILREM PENDRAGON,** as its employee and that said employer would be liable under the doctrine of Respondent Superior, employer and employee and principal and agent.

6.

This court has subject matter jurisdiction and personal jurisdiction to entertain this action. Venue of this action is invoked in that the facts alleged herein occurred within Richland Parish, Louisiana.

7.

Plaintiffs therefore submit that the accident was caused through no fault of their own. Plaintiffs further submit that the accident described herein was caused solely by the negligence, and/or fault of the Defendants, who are liable jointly, severally, individually, and *in solido* under

Louisiana Civil Code Articles 2315 and 2317.

Moreover, Plaintiffs submit the negligence and/or fault consisted of the following non-exclusive particulars:

A. Failure to take evasive actions when circumstances so dictate so as to avoid striking the Plaintiffs' vehicle;

B. Failure to maintain proper control of the vehicle so as to avoid striking the Plaintiffs' vehicle;

C. Failure to maintain a proper lookout while in traffic to avoid striking the Plaintiffs' vehicle;

D. Failure to act and react generally in the required degree of care commensurate with the existing circumstances surrounding the accident herein; and

E. Failing to use that degree of care and caution in the operation of his vehicle required of a reasonable and prudent person under the same or similar circumstances existing at the time and place of the aforementioned collision.

8.

As a result of this accident, Plaintiffs have sustained the following damages itemized as follows:

a. Past, present, and future medical expenses;

b. Past, present, and future physical pain and suffering;

c. Past, present, and future mental anguish and emotional distress;

d. Lost wages, permanent physical disabilities;

e. Inconvenience and discomfort;

f. Injuries to the shoulder, back, neck, head and body as a whole;

g. Fright and shock; and

h. Any other relief which the court or jury deems just or appropriate based upon the circumstances.

9.

Plaintiffs allege amicable demand to no avail.

**WHEREFORE**, Plaintiffs pray that the Defendants, **NILREM PENDRAGON, CANAL INSURANCE COMPANY and JR'S FREIGHT SERVICES, INC.,** be served with

a certified copy of this Petition and be duly cited to appear herein and answer same within the legal delays allowed; that after due proceedings be had that there be judgment rendered in favor of Plaintiffs and against Defendants *in solido* for all damages just and reasonable together with legal interests from the date of judicial demand until finally paid; that all fees for expert witnesses be taxed as costs in this cause; that Defendants be held liable for all costs of these proceedings, attorney's fees, and for such other legal and equitable relief as the Court shall deem necessary and proper.

RESPECTFULLY SUBMITTED:

BOBBY R. MANNING #25452
**BRENNAN R. MANNING #39032**
**MANNING LAW FIRM**
**320 PINE STREET**
**MONROE, LOUISIANA 71201**
**TELEPHONE (318) 324-1411**
**FACSIMILE (318) 516-2630**

PLEASE SERVE:

1) **NILREM PENDRAGON**
   1119 Braselton Highway
   Lawrenceville, Georgia 30043
   Via Long Arm Citation

2) **CANAL INSURANCE COMPANY**
   **Through its agent for Service of Process:**
   Louisiana Secretary of State
   8585 Archives Avenue
   Baton Rouge, Louisiana 70809

3) **JR'S FREIGHT SERVICES, INC.**
   **Through its agent for Service of Process:**
   **JAMES A. NYE**
   555 Rogue Avenue
   Stayton, Oregon 97383
   Via Long Arm Citation

A TRUE COPY ATTEST
Janet Rockwood
DY CLERK 5TH DISTRICT COURT
RICHLAND PARISH, LA

## VERIFICATION

I, **MONTREL DORSEY** hereby verify that I have reviewed the foregoing Petition and that the allegations contained therein are true and correct to the best of my knowledge.

_____
**MONTREL DORSEY**

**SWORN TO AND SUBSCRIBED** before me, Notary Public, on this the ___10___ day of ___November___ 2021.

_____
Notary Public

Bobby R. Manning
Notary Public ID# 56780